UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAY KALLMAN, | Case No. 21-cv-2183 |
| Plaintiff, | |
| v. | |
| JETBLUE AIRWAYS CORPORATION, | |
| Defendant. | |

**STIPULATION AND ORDER TO TRANSFER VENUE**

Plaintiff Clay Kallman ("Plaintiff") and Defendant JetBlue Airways Corporation ("JetBlue") (together, the "Parties"), by and through their respective counsel, each hereby stipulates and agrees to the entry of an order transferring this action from the United States District Court for the Eastern District of New York, to the United States District Court for the Middle District of Florida, Orlando Division, pursuant to 28 U.S.C. § 1404(a), and Plaintiff and Defendant request that an order be entered directing the Clerk of Court for the United States District Court for the Eastern District of New York to transfer the filings in this action to the Clerk of Court for the United States District Court for the Middle District of Florida, Orlando Division. The Parties further stipulate and agree that JetBlue's time to answer, move, or otherwise respond to Plaintiff's Complaint is extended by twenty-one (21) days from the date that this Court issues the above-described order of transfer.

Dated:  June 28, 2021

> */s/ Lee Seham*
> Lee Seham
> Stanley J. Silverstone
> SEHAM, SEHAM, MELTZ & PETERSEN, LLP

58800495;1

> 199 Main Street, 7th Floor
> White Plains, NY 10601
> Tel. (914) 997-1346
> ssmpls@aol.com
> ssilverstone@ssmplaw.com
> *Attorneys for Plaintiff*
>
> */s/ Raymond J. Berti*
> _____
> Raymond J. Berti
> AKERMAN LLP
> 1251 Avenue of the Americas, 37th Floor
> New York, NY 10020
> Tel. (212) 259-6421
> raymond.berti@akerman.com
> *Attorneys for Defendant*

SO ORDERED: *6/28/21

Digitally signed by Brian M. Cogan
_____
Brian M. Cogan, U.S.D.J.

\* Seven day waiting period under Local Rule 83.1 is waived.